LARSON ZIRZOW KAPLAN & COTTNER
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzkclaw.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant,
Dominic Joseph Magliarditi

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DOMINIC JOSEPH MAGLIARDITI,<br><br>    Debtor. | Case No. 18-13604-abl<br>Chapter 7 |
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES, LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,<br><br>    Plaintiffs,<br>v.<br><br>DOMINIC JOSEPH MAGLIARDITI,<br><br>    Defendant. | Adv. No. 18-1094-abl<br><br>**SECOND STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 5, 2019<br>Time: 9:30 a.m. |

Defendant, Dominic Joseph Magliarditi (the "Defendant"); and Plaintiffs, TransFirst Group, Inc. f/k/a TransFirst Holdings, Inc., TransFirst Third Party Sales, LLC f/k/s TransFirst Merchant Services, Inc., and Payment Resources International, LLC (collectively, the "Plaintiffs" and together with the Defendant, the "Parties"), by and through their respective counsel, hereby STIPULATE and AGREE (the "Stipulation") as follows:

1. On October 16, 2019, the Plaintiffs filed their *Motion for Summary Judgment* (the "Motion") [ECF No. 42], which is currently scheduled for hearing on December 5, 2019 at 9:30 a.m. Pursuant to a prior stipulation of the Parties and later approved by the Court, the Defendant's opposition to the Motion was due on November 8, 2019 [Adv. ECF Nos. 48 and 54], which opposition (the "Opposition") the Defendant did file by that deadline [Adv. ECF Nos. 49-51]. The foregoing stipulation and order also provided that the Plaintiffs' reply to the Opposition had to be filed by November 22, 2019.

2. The Parties have conferred and agree that the deadline for the Plaintiffs to file any reply to the Defendant's Opposition to the Motion shall be extended for an additional five (5) days, and thus through and including November 27, 2019.

NOW, THEREFORE, the Parties request that the Court enter the proposed Order attached as **Exhibit 1**, thereby approving this Stipulation and granting the requested briefing extension.

Dated: November 21, 2019.

APPROVED:

By: /s/ Matthew C. Zirzow
LARSON ZIRZOW KAPLAN & COTTNER
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant,
Dominic Joseph Magliarditi

APPROVED:

By: /s/ Stan Johnson
COHEN JOHNSON PARKER EDWARDS
H. STAN JOHNSON, ESQ.
Nevada Bar No. 0265
375 E. Warm Springs Rd., Ste. 104
Las Vegas, Nevada 89119
Tel: (702) 823-3500
Fax: (702) 823-3400

Attorneys for Plaintiffs, TransFirst Group, Inc. f/k/a TransFirst Holdings, Inc., TransFirst Third Party Sales, LLC f/k/a TransFirst Merchant Services, Inc., and Payment Resources International, LLC

# EXHIBIT 1

LARSON ZIRZOW KAPLAN & COTTNER
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzkclaw.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant,
Dominic Joseph Magliarditi

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOMINIC JOSEPH MAGLIARDITI,<br><br>            Debtor. | Case No. 18-13604-abl<br>Chapter 7 |
| TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRANSFIRST THIRD PARTY SALES, LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC<br><br>            Plaintiffs,<br>v.<br><br>DOMINIC JOSEPH MAGLIARDITI,<br><br>            Defendant. | Adv. No. 18-1094-abl<br><br>**ORDER GRANTING SECOND STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 5, 2019<br>Time:  9:30 a.m. |

Defendant, Dominic Joseph Magliarditi (the "Defendant"); and Plaintiffs, TransFirst Group, Inc. f/k/a TransFirst Holdings, Inc., TransFirst Third Party Sales, LLC f/k/a TransFirst Merchant Services, Inc., and Payment Resources International, LLC (collectively, the "Plaintiffs" and together with the Defendant, the "Parties"), by and through their respective counsel, having entered into and filed their *Second Stipulation Re: Briefing Schedule on Plaintiffs' Motion for Summary Judgment* (the "Stipulation"); the Court having reviewed and considered the same; and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The Stipulation is APPROVED; and

2. The deadline for the Plaintiffs to file any reply to the Defendant's Opposition [Adv. ECF No. 49] to the *Plaintiffs' Motion for Summary Judgment* [Adv. ECF No. 42] shall be extended for five (5) days, and thus must be filed on or before November 27, 2019.

**IT IS SO ORDERED.**

| APPROVED: | APPROVED: |
|---|---|
| By: /s/ Matthew C. Zirzow | By: /s/ Stan Johnson |
| LARSON ZIRZOW KAPLAN & COTTNER | COHEN JOHNSON PARKER EDWARDS |
| MATTHEW C. ZIRZOW, ESQ. | H. STAN JOHNSON, ESQ. |
| Nevada Bar No. 7222 | Nevada Bar No. 0265 |
| 850 E. Bonneville Ave. | 375 E. Warm Springs Rd., Ste. 104 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89119 |
| Tel: (702) 382-1170 | Tel: (702) 823-3500 |
| Fax: (702) 382-1169 | Fax: (702) 823-3400 |
| Attorneys for Defendant, Dominic Joseph Magliarditi | Attorneys for Plaintiffs, TransFirst Group, Inc. f/k/a TransFirst Holdings, Inc., TransFirst Third Party Sales, LLC f/k/a TransFirst Merchant Services, Inc., and Payment Resources International, LLC |

# # #