_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 18, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-13604-abl |
| | ) | |
| DOMINIC JOSEPH MAGLIARDITI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TRANSFIRST GROUP, INC., et al., | ) | Adv. Proceeding No. 18-01094-abl |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hearing Date: February 3, 2020 |
| DOMINIC JOSEPH MAGLIARDITI, | ) | Hearing Time: 3:00 p.m. |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

On February 10, 2020, the Court entered separate orders granting in part and denying in part competing summary judgment motions filed by the Plaintiffs and the Defendant in the adversary proceeding identified in the caption ("Adversary Proceeding"). The Court's February 10, 2020 orders are located at ECF Nos. 100 and 101 on the official court docket in the Adversary Proceeding (collectively the "Orders").

Pursuant to the Orders, and under FED. R. CIV. P. 58(a), made applicable in the Adversary Proceeding by FED. R. BANKR. P. 7058:

1. **JUDGMENT IS HEREBY ENTERED** in favor of Defendant Dominic Joseph Magliarditi ("Defendant"), and the claims alleged by Plaintiff TransFirst Third Party Sales, LLC f/k/a TransFirst Merchant Services, Inc. in the Adversary Proceeding are **DISMISSED;**

2. **JUDGMENT IS FURTHER ENTERED** in favor of Defendant, and the claims alleged by Plaintiff Payment Resources International, LLC in the Adversary Proceeding are **DISMISSED;** and

3. **JUDGMENT IS FURTHER ENTERED** in favor of Plaintiff TransFirst Group, Inc., f/k/a/ TransFirst Holdings, Inc. ("TransFirst Group") against Defendant, and all sums owed to TransFirst Group by Defendant under the Third Amended Final Judgment entered by the United States District Court for the Northern District of Texas in Civil Action No. 3:06-CV-2303-P on April 22, 2013, are excepted from Defendant's chapter 7 bankruptcy discharge for fraud pursuant to 11 U.S.C. § 523(a)(2)(A).

Copies sent to all parties via CM/ECF Electronic Filing.

# # #

2